IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE TRAVELERS INDEMNITY
COMPANY, Successor in Interest by
Merger to Gulf Insurance Company, a            2:06-cv-1076-JKS-DAD
Connecticut corporation,

   Plaintiff,

 vs.

RICK ARMSTRONG ENGINEERING            <u>ORDER</u>
& BUILDING CONTRACTOR, INC.,
a California corporation; and
RICHARD ARMSTRONG, an
individual,

   Defendants.
_____/

   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

   On October 16, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly,

   **IT IS HEREBY ORDERED** that:

   1. The findings and recommendations filed October 16, 2006, are adopted in full;

   2. Plaintiff's motion for default judgment is granted; and

   3. Judgment is entered in favor of plaintiff against defendants in the amount of $77,891.12.

DATED: September 28, 2007.

             /s/James K.Singleton, Jr.
             UNITED STATES DISTRICT JUDGE